UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOONJA SON and MI AE KANG, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>HAND HOSPITALITY LLC, CHO DANG GOL LLC, TOLEDO 53 INC., YEONHEE KIM, CHANGHONG MIN, and KIHYUN LEE,<br><br>Defendants. | Index No. 22-CV-4639<br><br>**ANSWER TO COMPLAINT AND AFFIRMATIVE DEEFENSES** |

Defendants, HAND HOSPITALITY LLC, CHO DANG GOL LLC, TOLEDO 53 INC., YEONHEE KIM, CHANGHONG MIN, and KIHYUN LEE (Kim, Min and Lee collectively, the "Individual Defendants") (collectively, the "Defendants"), by their attorneys, SONG LAW FIRM, LLC, for their answer to the Complaint allege herein as follows:

## NATURE OF THE CLAIMS

1. The allegations contained in Paragraph 1 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

2. The allegations contained in Paragraph 2 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

3. The allegations contained in Paragraph 3 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

4. The allegations contained in Paragraph 4 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

## JURISDICTION AND VENUE

5. The allegations contained in Paragraph 5 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

6. The allegations contained in Paragraph 6 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

## PARTIES

7. The Defendants deny knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 7 of the Complaint, and they are therefore denied.

8. The Defendants deny knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 8 of the Complaint, and they are therefore denied.

9. The Defendants deny the allegations contained in Paragraph 9 of the Complaint.

10. The Defendants admit the allegations contained in Paragraph 10 of the Complaint.

11. The Defendants deny the allegations contained in Paragraph 11 of the Complaint.

12. The allegations contained in Paragraph 12 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

13. The allegations contained in Paragraph 13 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

14. The allegations contained in Paragraph 14 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

15. The allegations contained in Paragraph 15 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

## FACTUAL ALLEGATIONS
### Minimum Wage Violations

16. The allegations contained in Paragraph 16 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

17. The Defendants deny the allegations contained in Paragraph 17 of the Complaint.

18. The Defendants deny the allegations contained in Paragraph 18 of the Complaint.

19. The allegations contained in Paragraph 19 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

20. The Defendants deny the allegations contained in Paragraph 20 of the Complaint.

21. The Defendants deny the allegations contained in Paragraph 21 of the Complaint.

**FLSA § 203(m)(2)(B) and New York Labor Law § 196-d Violations**

22. The Defendants deny the allegations contained in Paragraph 22 of the Complaint.

23. The allegations contained in Paragraph 23 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

**"Shaving Time"**

24. The Defendants admit the allegations asserted in the first sentence of Paragraph 24 of the Complaint but deny the allegations asserted in the second sentence of Paragraph 24 of the Complaint.

25. The Defendants deny the allegations contained in Paragraph 25 of the Complaint.

26. The Defendants deny the allegations contained in Paragraph 26 of the Complaint.

**Wage Notice and Wage Statement Violations**

27. The Defendants deny the allegations contained in Paragraph 27 of the Complaint.

28. The Defendants deny the allegations contained in Paragraph 28 of the Complaint.

29. The Defendants deny the allegations contained in Paragraph 29 of the Complaint.

30. The Defendants deny the allegations contained in Paragraph 30 of the Complaint.

**Unlawful Retaliation Against Plaintiffs**

31. The Defendants deny knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 31 of the Complaint, and they are therefore denied.

32. The Defendants deny the allegations contained in Paragraph 32 of the Complaint.

33. The Defendants deny the allegations contained in Paragraph 33 of the Complaint,

34. The allegations contained in Paragraph 34 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

35. The Defendants deny the allegations contained in Paragraph 35 of the Complaint.

36. The Defendants deny the allegations contained in Paragraph 36 of the Complaint.

37. The Defendants admit the allegations contained in Paragraph 37 of the Complaint.

38. The Defendants deny the allegations contained in Paragraph 38 of the Complaint.

## FLSA COLLECTIVE ACTION ALLEGATIONS

39. The Defendants deny knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 39 of the Complaint.

40. The Defendants deny the allegations contained in Paragraph 40 of the Complaint.

41. The allegations contained in Paragraph 41 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

42. The Defendants deny the allegations contained in Paragraph 42 of the Complaint.

43. The Defendants deny the allegations contained in Paragraph 43 of the Complaint.

44. The Defendants deny knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 44 of the Complaint.

## RULE 23 CLASS ACTION ALLEGATIONS

45. The Defendants deny knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 45 of the Complaint.

46. The Defendants deny the allegations contained in Paragraph 46 of the Complaint.

47. The Defendants deny knowledge or information sufficient to form a belief as to the truth of the matters asserted in Paragraph 47 of the Complaint.

48. The allegations contained in Paragraph 48 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

49. The allegations contained in Paragraph 49 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

50. The Defendants deny the allegations contained in Paragraph 50 of the Complaint.

51. The Defendants deny the allegations contained in Paragraph 51 of the Complaint.

52. The allegations contained in Paragraph 52 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

53. The allegations contained in Paragraph 53 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

54. The allegations contained in Paragraph 54 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

55. The allegations contained in Paragraph 55 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

56. The allegations contained in Paragraph 56 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

57. The allegations contained in Paragraph 57 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

58. The allegations contained in Paragraph 58 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

59. The allegations contained in Paragraph 59 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

60. The allegations contained in Paragraph 60 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

61. The allegations contained in Paragraph 61 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

62. The allegations contained in Paragraph 62 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

**FIRST CLAIM FOR RELIEF**
**(Failure to Pay Minimum Wages in Violation of the FLSA)**

63. The Defendants repeat and reallege each of the foregoing paragraphs as though fully set forth herein at length.

64. The allegations contained in Paragraph 64 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

65. The Defendants deny the allegations contained in Paragraph 65 of the Complaint.

66. The Defendants deny the allegations contained in Paragraph 66 of the Complaint.

67. The Defendants deny the allegations contained in Paragraph 67 of the Complaint.

68. The Defendants deny the allegations contained in Paragraph 68 of the Complaint.

**SECOND CLAIM FOR RELIEF**
**(Failure to Pay Overtime Wages in Violation of the FLSA)**

69. The Defendants repeat and reallege each of the foregoing paragraphs as though fully set forth herein at length.

70. The allegations contained in Paragraph 70 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

71. The Defendants deny the allegations contained in Paragraph 71 of the Complaint.

72. The Defendants deny the allegations contained in Paragraph 72 of the Complaint.

73. The Defendants deny the allegations contained in Paragraph 73 of the Complaint.

74. The Defendants deny the allegations contained in Paragraph 74 of the Complaint.

## THIRD CLAIM FOR RELIEF
### (Illegal Retention of Gratuities Under the FLSA)

75. The Defendants repeat and reallege each of the foregoing paragraphs as though fully set forth herein at length.

76. The allegations contained in Paragraph 76 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

77. The Defendants deny the allegations contained in Paragraph 77 of the Complaint.

78. The Defendants deny the allegations contained in Paragraph 78 of the Complaint.

## FOURTH CLAIM FOR RELIEF
### (Failure to Pay Minimum Wage in Violation of the NYLL)

79. The Defendants repeat and reallege each of the foregoing paragraphs as though fully set forth herein at length.

80. The allegations contained in Paragraph 80 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

81. The Defendants deny the allegations contained in Paragraph 81 of the Complaint.

82. The Defendants deny the allegations contained in Paragraph 82 of the Complaint.

83. The Defendants deny the allegations contained in Paragraph 83 of the Complaint.

84. The Defendants deny the allegations contained in Paragraph 84 of the Complaint.

## FIFTH CLAIM FOR RELIEF
### (Failure to Pay Overtime Wages in Violation of the NYLL)

85. The Defendants repeat and reallege each of the foregoing paragraphs as though fully set forth herein at length.

86. The allegations contained in Paragraph 86 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

87. The Defendants deny the allegations contained in Paragraph 87 of the Complaint.

88. The Defendants deny the allegations contained in Paragraph 88 of the Complaint.

89. The Defendants deny the allegations contained in Paragraph 89 of the Complaint.

90. The Defendants deny the allegations contained in Paragraph 90 of the Complaint.

## SIXTH CLAIM FOR RELIEF
### (Illegal Retention of Gratuities Under the NYLL)

91. The Defendants repeat and reallege each of the foregoing paragraphs as though fully set forth herein at length.

92. The allegations contained in Paragraph 92 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

93. The Defendants deny the allegations contained in Paragraph 93 of the Complaint.

94. The Defendants deny the allegations contained in Paragraph 94 of the Complaint.

## SEVENTH CLAIM FOR RELIEF
### (Failure to Pay Wages for All Hours Worked/Straight Time Wages)

95. The Defendants repeat and reallege each of the foregoing paragraphs as though fully set forth herein at length.

96. The allegations contained in Paragraph 96 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

97. The Defendants deny the allegations contained in Paragraph 97 of the Complaint.

98.	The Defendants deny the allegations contained in Paragraph 98 of the Complaint.

## EIGHTH CLAIM FOR RELIEF
### (Failure to Issue Wage Notices)

99.	The Defendants repeat and reallege each of the foregoing paragraphs as though fully set forth herein at length.

100.	The allegations contained in Paragraph 100 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

101.	The Defendants deny the allegations contained in Paragraph 101 of the Complaint.

102.	The Defendants deny the allegations contained in Paragraph 102 of the Complaint.

## NINTH CLAIM FOR RELIEF
### (Failure to Furnish Wage Statements/Pay Stubs)

103.	The Defendants repeat and reallege each of the foregoing paragraphs as though fully set forth herein at length.

104.	The allegations contained in Paragraph 104 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

105.	The Defendants deny the allegations contained in Paragraph 105 of the Complaint.

106.	The Defendants deny the allegations contained in Paragraph 106 of the Complaint.

## TENTH CLAIM FOR RELIEF
### (Unlawful Retaliation Under the FLSA)

107.	The Defendants repeat and reallege each of the foregoing paragraphs as though fully set forth herein at length.

108.	The allegations contained in Paragraph 108 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

109.	The Defendants deny the allegations contained in Paragraph 109 of the Complaint.

110.	The Defendants deny the allegations contained in Paragraph 110 of the Complaint.

## ELEVENTH CLAIM FOR RELIEF
### (Unlawful Retaliation Under the NYLL)

111. The Defendants repeat and reallege each of the foregoing paragraphs as though fully set forth herein at length.

112. The allegations contained in Paragraph 112 of the Complaint are conclusions of law to which no responsive pleading is required and they are therefore denied.

113. The Defendants deny the allegations contained in Paragraph 113 of the Complaint.

114. The Defendants deny the allegations contained in Paragraph 114 of the Complaint.

## PRAYER FOR RELIEF

**WHEREFORE**, the Defendants respectfully pray for judgment dismissing Plaintiffs' Complaint with prejudice.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

115. The Complaint fails to state a cause of action upon which relief can be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

116. Plaintiffs have suffered no actual harm.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

117. Plaintiffs alleged damages, the existence of which are denied, are the result of acts or omissions committed by parties over whom the Defendants have no responsibility or control.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

118. Plaintiffs' alleged damages, the existence of which are denied, are the result of acts or omissions committed by Plaintiffs.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

119. Plaintiffs' alleged damages, the existence of which are denied, were not caused by any acts or omissions committed by the Defendants.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

120. Plaintiffs' claims are barred by the doctrines of laches, waiver, equitable estoppel and unclean hands.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

121. The Defendants violated no duty owing to the Plaintiffs at the time and place alleged in the Complaint.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

122. The Plaintiffs were not the Individual Defendants' employees and there is no employer-employee relationship between the Individual Defendants and the Plaintiffs.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

123. The Individual Defendants are not employers under the New York Labor Law and/or the New York Codes, Rules, and Regulations.

## AS AND FOR AN TENTH AFFIRMATIVE DEFENSE

124. The Defendants reserve the right to amend this Answer to assert additional separate defenses upon the completion of an investigation now being conducted and upon the completion of discovery.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

125. The Defendants are not vicariously liable for the acts or omissions of any other party.

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

126. Plaintiffs failed to take reasonable steps to avoid, minimize, and/or mitigate their damages, the existence of which are denied.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

127. The Defendants violated no statutes, ordinances, and/or regulations pertaining to

any of the allegations in the Complaint.

**WHEREFORE**, the Defendants respectfully pray for judgment dismissing Plaintiffs' Complaint with prejudice.

DATED:   June 30, 2022         SONG LAW FIRM, LLC
         Fort Lee, New Jersey

                      BY:   */s/ Joshua Lee*
                            JOSHUA S. LEE, ESQ.
                            400 Kelby Street, 19th Floor
                            Fort Lee, NJ 07024
                            (201) 461-0031
                            *Attorneys for Defendants*