UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOONJA SON,
                            Plaintiff,

            -against-                        22 Civ. 4639 (LGS)

                                          ORDER
HAND HOSPITALITY LLC, et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for August 10, 2022.

      WHEREAS, by Order dated June 24, 2022, the parties were directed to file a joint letter and proposed case management plan and scheduling order by August 3, 2022.

      WHEREAS, the parties did not file a proposed case management plan. It is hereby

      **ORDERED** that by **August 8, 2022**, at **12:00 p.m.**, the parties shall jointly file a proposed case management plan pursuant to the June 24, 2022, Order.

Dated: August 5, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE