UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SOONJA SON, et al.,                                          :
                                    Plaintiffs,              :
                                                             :            22 Civ. 4639 (LGS)
                     -against-                               :
                                                             :                ORDER
HAND HOSPITALITY LLC, et al.,                                :
                                    Defendants.  :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the initial pretrial conference in this matter is scheduled for August 10, 2022,

        WHEREAS, no significant issues were raised in the parties' joint letter or proposed case

management plan.  It is hereby

        **ORDERED** that the August 10, 2022, initial pretrial conference is **cancelled**.  If the

parties believe that a conference would nevertheless be useful, they should inform the court

immediately so the conference can be reinstated.  The case management plan and scheduling

order will issue in a separate order.  The parties' attention is particularly directed to the provisions

for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final

conference and setting of a trial date.  It is further

        **ORDERED** that if Defendants seek to file a motion to dismiss, they shall file a pre-

motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: August 8, 2022
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE