UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  :
SOONJA SON, et al.,                                          :
                        Plaintiffs,   :
                                                             :      22 Civ. 4639 (LGS)
            -against-                                        :
                                                             :      ORDER
HAND HOSPITALITY LLC, et al.,                                :
                        Defendants,   :
                                                             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this action is trial ready;

WHEREAS, pursuant to the Order dated December 27, 2022, the deadline to file any motion *in limine* was February 15, 2023. The deadline for the parties to file their joint requests to charge, *voir dire*, verdict form and any memorandum of law was March 10, 2023;

WHEREAS, no timely motion *in limine* was filed;

WHEREAS, no trial papers were filed by the March 10, 2023, deadline. It is hereby

**ORDERED** that, by **March 17, 2023**, the parties shall file their joint requests to charge, *voir dire*, verdict form and any memorandum of law. It is further

**ORDERED** that the deadline for the parties to file the final pretrial order is extended to **March 24, 2023**.

Failure to comply with this order, may result in monetary sanctions against both counsel.

Dated: March 13, 2023
       New York, New York

                                             _____
                                             LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE