USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/31/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOONJA SON, et al,                                   :
                                                     :                22-CV-4639 (RWL)
                                   Plaintiffs,        :
                                                     :
              - against -                            :                **ORDER**
                                                     :
HAND HOSPITALITY LLC, et al,                         :
                                                     :
                                   Defendants.  :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This case is assigned to me on consent.  (Dkt. 44.)  On October 1, 2023, Plaintiffs submitted a letter motion to consolidate this case with a newly filed 2023 case against Defendants, *Goo v. Hand Hospitality LLC et al*, 23-cv-8235.  (Dkt. 54.)  The Court denied the letter motion without prejudice, instructing Plaintiffs that they would need to file a proposed consent order in *Goo* for the District Judge to so-order before any consolidation request could be considered.  (Dkt. 55.)  The parties have not filed anything on ECF in either case since.  Accordingly, by November 14, 2023, the parties shall jointly file a status report to update the Court.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: October 31, 2023
        New York, New York

Copies transmitted this date to all counsel of record.

1