```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
SOONJA SON, et al,                          :
                                            :          22-CV-4639 (RWL)
                          Plaintiffs,       :
                                            :
           - against -                      :          **ORDER**
                                            :
HAND HOSPITALITY LLC, et al,                :
                                            :
                          Defendants.       :
--------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

 This order resolves Plaintiffs' letter motion to compel at Dkt. 60, to which Defendant

has neither responded within the three-day time limit required pursuant to my individual

rules, nor requested an extension of the time to do so.  The request is granted.  Based

on the exhibits submitted with the motion, it appears that Defendant has been dilatory in

responding to Plaintiffs' deficiency letter.  (*See* Dkt. 60, Ex. D.)  Accordingly, no later than

February 26, 2024, Defendant shall provide revised, complete responses to Plaintiffs'

discovery requests.

 The Clerk of Court is directed to terminate the letter motion at Dkt. 60.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 12, 2024
  New York, New York

Copies transmitted this date to all counsel of record.

1