```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/10/2024
```

DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOONJA SON, et al,

               Plaintiffs,

    - against -

HAND HOSPITALITY LLC, et al,

              Defendants.
------------------------------------------------------------X

22-CV-4639 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    It appears from Plaintiff's May 30, 2024 letter motion to compel at Dkt. 62 that Defendants remain dilatory in complying with discovery.  The Court previously has issued an order to address earlier dilatory conduct by Defendants.  (Dkt. 61.)  And, once again, Defendants have not responded to Plaintiff's letter to the Court.  Accordingly, Plaintiff's motion is GRANTED, and Defendants shall comply with all currently pending written and documentary discovery obligations no later than June 25, 2024.  Failure to do so may result in sanctions including adverse inferences, findings of fact, default, and/or monetary or other sanctions.

    The Clerk of Court is respectfully directed to terminate the motion at Dkt. 62.

               SO ORDERED.

               _____
               ROBERT W. LEHRBURGER
               UNITED STATES MAGISTRATE JUDGE

Dated: June 10, 2024
       New York, New York

Copies transmitted this date to all counsel of record.