DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/27/2024

-------------------------------------------------------------X
SOONJA SON, et al,                                      :
                                                       :        22-CV-4639 (RWL)
                                   Plaintiffs,          :
                                                       :
                    - against -                        :        **ORDER**
                                                       :
HAND HOSPITALITY LLC, et al,                           :
                                                       :
                                   Defendants.  :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On August 15, 2024, Plaintiff filed a letter motion at Dkt. 70 requesting a conference or leave to move to certify a collective action.  Defendants have not responded.  Accordingly, by August 29, 2024, Defendants shall file a response indicating whether they consent to or oppose certification.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 27, 2024
          New York, New York

Copies transmitted this date to all counsel of record.