USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SOONJA SON, et al.,

                       Plaintiffs,

      - against -

HAND HOSPITALITY LLC, et al.,

                      Defendants.
-----------------------------------------------------------------X
KYO OK GOO, et al.,

                       Plaintiffs,

      - against -

HAND HOSPITALITY LLC, et al.,

                      Defendants.
-----------------------------------------------------------------X

22-CV-4639 (RWL)

**ORDER**

23-CV-8235 (BCM)

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has moved for consolidation of the case *Son, et al. v Hand Hospitality LLC, et al*, 22-CV-4639, with *Goo, et al. v. Hand Hospitality*, LLC, 23-CV-8235 (*see* Dkt. 91). Both cases assert class and collective actions against the same defendants for wage and hour claims; arise out of the same series of events or transactions; and share common questions of fact and law. Defendants have not responded to the motion despite the Court's order providing them with a deadline to do so. For the foregoing reasons and substantially those set forth in Plaintiff's letter at 22-CV-4639 Dkt. 91:

    1.    The two cases shall be consolidated under 22-CV-4639.

1

2. Goo shall be added as a named Plaintiff to the caption of the consolidated case.

3. The Clerk of Court is respectfully requested to (i) file this order in both actions; (ii) terminate all motions and deadlines in and administratively close 23 CV 8235; and (iii) terminate the motion at Dkt. 22-CV-4639, Dkt. 91.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 13, 2025
New York, New York

Copies transmitted this date to all counsel of record.