```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SOONJA SON, et al.,                        :
                                           :      22-CV-4639 (RWL)
                 Plaintiffs,               :
                                           :
      - against -                          :      ORDER
                                           :
                                           :
HAND HOSPITALITY LLC, et al.,              :
                                           :
                 Defendants.               :
                                           :
---------------------------------------------------------------X
KYO OK GOO, et al.,                        :
                                           :      23-CV-8235 (BCM)
                 Plaintiffs,               :
                                           :
      - against -                          :
                                           :
                                           :
HAND HOSPITALITY LLC, et al.,              :
                                           :
                 Defendants.               :
                                           :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

After the Court issued an order consolidating these cases, the Court received a belated response from Defendants opposing consolidation. (*See* Dkt. 97.) The Court has considered the arguments raised and finds no reason to alter its decision on consolidation. As noted in the earlier order, both cases bring class and collective actions against the same defendants for wage and hour claims; arise out of the same series of events or transactions; and share common questions of fact and law. Moreover, counsel for the parties on both sides are the same.

1

Defendants argue that consolidation will be prejudicial, confusing, inefficient, and will cause delay. The Court does not agree. The differences between the cases described by Defendants are not so disparate as to weigh against consolidation. To the contrary, Goo was a front-of-house employee; front-of-house employees are included in the collective approved in *Son*. The different procedural postures of the cases is not substantial, notwithstanding that collective certification already has been granted in *Son*. They can quickly be put on the same track, and there will be no undue delay. Further, consolidating now, before discovery has taken place in *Goo*, will avoid substantial duplication of discovery that would occur if the cases were kept separate.

The Court does not envision any reason why consolidation will present jury confusion or unfairness for trial, but should such circumstances emerge later in the case, the Court can consider separate trials at that time.

To the extent not discussed above, the Court has considered Defendants' remaining arguments and finds them to be either moot or without merit.

Accordingly, there is no reason to depart from the Court's previous order.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 13, 2025
          New York, New York

Copies transmitted this date to all counsel of record.