UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SOONJA SON, et al.,

Plaintiffs,

- against -

HAND HOSPITALITY LLC, et al.,

Defendants.

---------------------------------------------------------------X

22-CV-4639 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has reviewed the parties' joint status report on limited ESI discovery at Dkt. 118, and appreciates the progress that has been made and that Defendants have committed to executing going forward. As requested, the deadline for fact discovery is extended to **November 30, 2026**, such discovery being limited to discovery addressed in Dkts. 114, 115, and 117.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 6, 2026
New York, New York

Copies transmitted this date to all counsel of record.